UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re

    **Denys Yevsyeyev**

Case No. 20-43607

Chapter 7

**APPLICATION TO AMEND CAPTION**

                                       Debtor(s)
-------------------------------------------------------------X

To the Honorable _____, U.S. Bankruptcy Judge:

_____Denys Yevsyeyev_____, Debtor(s) herein filed a voluntary petition under Chapter _7_ in this Court on October 13, 2020 wherein the applicant request that the caption be amended as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re

    Denys O. Yevsyeyev

                                      Debtor(s)
-------------------------------------------------------------X

    The original submitted caption _____

Due to the clerical error, the original Caption was missing debtor's middle initial.

    **WHEREFORE**, applicant prays for the annexed order, all for which no previous application has been made.

Dated: Brooklyn, New York
        November 25, 2020, 2020

_/s/ Michael Byk, Esq._
Debtor

_____
Joint Debtor *(if applicable)*