| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Denys Yevsyeyev** | Social Security number or ITIN  **xxx–xx–2704** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter  **7   10/13/20** |
| Case number:  **1–20–43607–nhl** | |

# NOTICE OF AMENDED CAPTION (NAME)

**NOTICE IS HEREBY GIVEN THAT:**

The above−captioned debtor(s) having filed a petition in bankruptcy under Chapter 7 of the United States Bankruptcy Code on October 13, 2020, and an order having been signed by the Honorable Nancy Hershey Lord on December 4, 2020, amending the caption,

The caption is amended as set forth below:

| | |
|---|---|
| IN RE: | CASE NO: 1–20–43607–nhl |
| Denys Yevsyeyev | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: xxx−xx−2704 | CHAPTER: 7 |
| DEBTOR(s) | |

Ordered, that the time to file a complaint objecting to the detbor's discharge or the dischargeability of a debt is extended to and including March 15, 2021.

Notice is further given that the credit reporting agencies Equifax, Experian and Trans Union Corporation are directed to change their records to reflect the correct caption of the bankruptcy case filed by the above−named debtor(s).

Dated: December 7, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnac.jsp** [Notice of Amended Caption (Name) 07/09/18]