**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------x

**In re:**                                                                                                                     Case No. **20-43607-NHL**

                                                      **Chapter  7**

    Denys Yevsyeyev,


**Debtor(s)**
--------------------------------------------------------------------------x

### ORDER AMENDING CAPTION TO CORRECT NAME

      Upon the application of _Michael Byk, Esq._____, dated __**November 25, 2020**_, and good cause having been shown and no adverse interest being represented; it is

      **ORDERED,** that the caption in this case is amended as set forth below:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------x

**In re:**                                                                                                                     Case No. **20-43607-NHL**

                                                      **Chapter  7**

    Denys O.  Yevsyeyev


**Debtor(s)**
--------------------------------------------------------------------------x

and it is further

      **ORDERED**, that the time to file a complaint objecting to the debtor's discharge or the dischargeability of a debt is extended to and including ___**March 15, 2021**___; and it is further

      **ORDERED**, that within fourteen days of the entry of this Order, the Clerk shall give notice as to the foregoing to the trustee, U.S. Trustee, all creditors herein and the following credit reporting agencies (collectively, the "Credit Reporting Agencies"):

| | | |
|---|---|---|
| Equifax | Experian | Trans Union Corporations |
| P.O. Box 105873 | P.O. Box 9701 | P.O. Box 1000 |
| Atlanta, GA 30348-5873 | Allen, TX 75013 | Chester, PA 19016-1000 |

and it is further

      **ORDERED**, that the Credit Reporting Agencies are directed to update their records to reflect the caption of this case as amended.



**Dated: December 4, 2020**                                              **Nancy Hershey Lord**
      **Brooklyn, New York**                                         **United States Bankruptcy Judge**